WHITEMAN *v.* FEDERAL LAND BANK OF COLUMBIA *et al.*

BECK, Presiding Justice. This case is controlled by the ruling in *Federal Land Bank of Columbia* v. *Blackshear Bank*, 182 *Ga.* 657, which requires an affirmance of the judgment of the court below.

*Judgment affirmed. All the Justices concur.*

On rehearing, Atkinson, Justice, dissents from the original opinion, because the court erred in allowing the Federal Land Bank of Columbia to intervene, over the objection that the bank was a third party and could not intervene in the action at law.

No. 11215. JUNE 12, 1936. ADHERED TO ON REHEARING, JULY 23, 1936.

*H. B. Moss,* for plaintiff.

*Harry D. Reed, J. G. Roberts,* and *G. Stokes Walton,* for defendants.